**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Linwood LYONS, Defendant—Appellant.**

**No. 09–6172.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 29, 2009.

Linwood Lyons, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Lyons appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error in the denial of Lyons' motion, and we affirm for the reasons stated by the district court. *United States v. Lyons,* No. 4:01–cr–00020–H–1 (E.D.N.C. Jan. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*